UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Anthony D. Smith Jr.
Plaintiff,

v.

City of New York, et al.
Defendants.

Case No. 26-cv-04902

MOTION FOR ADA ACCOMMODATIONS

Plaintiff respectfully moves the Court for reasonable accommodations under the Americans with Disabilities Act ("ADA") and the Court's inherent authority to ensure meaningful access to the judicial process for individuals with disabilities.

Plaintiff states the following in support of this request:

Plaintiff has documented medical conditions that affect concentration, organization, memory, and the ability to manage complex procedural tasks without assistance.

These conditions substantially limit Plaintiff's ability to participate fully in federal litigation without reasonable accommodations.

Plaintiff respectfully requests accommodations that will allow him to effectively access the Court, including:

Additional time to respond to Court orders and deadlines when needed;

Permission to request clarification of procedural requirements when necessary;

Flexibility in scheduling conferences or hearings;

Any other reasonable accommodation the Court deems appropriate.

Plaintiff submits this request in good faith and seeks only the accommodations necessary to ensure meaningful participation in this case.

Plaintiff understands that accommodations are granted at the Court's discretion and will comply with all procedures required by the Court.

Plaintiff respectfully asks the Court to consider these general factors and grant reasonable accommodations to ensure equal access to the judicial process.

Dated: August 19, 2026
Respectfully submitted,

/s/ Anthony D. Smith Jr.

Anthony D. Smith Jr.
146-53 Delaware Ave.
Flushing, NY 11355
Email: anthony.d.smith5@gmail.com
Phone: 917-943-0345

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: October 7, 2026**

The Court will provide reasonable accommodations and Plaintiff should request the accommodation when the need arises.

The Clerk of Court is respectfully directed to close the motion at ECF No. 8.