UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Anthony D. Smith Jr.
Plaintiff,

v.

City of New York, et al.
Defendants.

Case No. 26-cv-04902

MOTION FOR PRESERVATION OF EVIDENCE

Plaintiff respectfully moves the Court for an order directing Defendants to preserve all evidence relevant to this action.

Plaintiff submits this motion as a general procedural request and states the following in support:

Plaintiff is proceeding pro se and seeks to ensure that all potentially relevant materials are preserved during the course of this litigation.

Plaintiff respectfully requests that Defendants be directed to preserve any documents, records, electronically stored information ("ESI"), video recordings, audio recordings, emails, reports, notes, or other materials that may relate to the claims and defenses in this case.

Plaintiff further requests that Defendants preserve any physical evidence, digital files, or data that may be subject to routine deletion or automatic system overwriting.

This request is made to avoid the risk of loss or destruction of relevant evidence and to ensure a fair and complete record for the Court.

Plaintiff submits this motion in good faith and understands that preservation orders are issued at the Court's discretion.

Plaintiff respectfully asks the Court to grant this motion and direct Defendants to preserve all relevant evidence for the duration of this litigation.

Dated: August 20, 2026
Respectfully submitted,

/s/ Anthony D. Smith Jr.
Anthony D. Smith Jr.
146-53 Delaware Ave.
Flushing, NY 11355
Email: anthony.d.smith5@gmail.com
Phone: 917-943-0345

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: October 7, 2026**

The motion is **DENIED** without prejudice because none of the defendants have been served.

The Clerk of Court is respectfully directed to close the motion at ECF No. 10.